ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-15-0103-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| **MIGUEL TORRES-MACIAS**, | Current Date: Novemberr18, 2015 at 12:00 P.M. |
| Defendant. | Proposed Date: November 23, 2015 at 12:00 P.M. |

The status hearing is currently scheduled for November 18, 2015.  Due to scheduling conflicts, both parties are requesting that the above hearing be rescheduled to November 23, 2015 at 12:00 P.M.

The parties further stipulate that the time between November 18, 2015 and November 23, 2015 be excluded form the speedy trial clock.

….

….

1   DATED: November 13, 2015          Respectfully submitted,

2

3                                          By

4
                                               /s/
5                                              Erick L. Guzman
                                               Attorney for Miguel Torres-Macias
6

7

8                                              _____/s/_____
9                                              Scott Joiner
                                               Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~ ORDER]

The status hearing currently scheduled for November 18, 2015 is rescheduled for November 23, 2015 at 12:00 P.M.

IT IS FURTHER ORDERED that the time between November 18, 2015 and November 23, 2015 be excluded from the speedy trial clock.

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____
HON. CHARLES R. BREYER
United States District Judge

3

**[CERTIFICATE OF SERVICE]**

I, Erick L. Guzman, am a citizen of the United States and am at least eighteen years of age.  I certify that the foregoing pleading has been electronically served this day upon Scott Joiner, counsel for the Plaintiff.

November 12, 2015                                Respectfully submitted,


                                                          By


                                                          _____
                                                          Erick L. Guzman, Esq.