ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-15-0103-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| **MIGUEL TORRES-MACIAS**, | Current Date: December 9, 2015 at 12:00 P.M. |
| Defendant. | Proposed Date: December 16, 2015 at 12:00 P.M. |

The status hearing is currently scheduled for December 9, 2015. Due to scheduling conflicts, both parties are requesting that the above hearing be rescheduled to December 16, 2015 at 12:00 P.M.

The parties further stipulate that the time between December 9, 2015 and December 16, 2015 be excluded form the speedy trial clock.

….

….

Case No. CR-15-0103-CRB

DATED: December 7, 2015              Respectfully submitted,


                                     By
                                         /s/
                                     Erick L. Guzman
                                     Attorney for Miguel Torres-Macias



                                         /s/
                                     Scott Joiner
                                     Assistant United States Attorney

2

**[~~PROPOSED~~ ORDER]**

The status hearing currently scheduled for December 9, 2015 is rescheduled for December 16, 2015 at 12:00 P.M.

IT IS FURTHER ORDERED that the time between December 9, 2015 and December 16, 2015 be excluded from the speedy trial clock.

**IT IS SO ORDERED.**

Dated: December 8, 2015

HON. CHARLES R. BREYER
United States District Judge