ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-15-0103-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| **MIGUEL TORRES-MACIAS**, | Current Date: December 16, 2015 at 12:00 P.M. |
| Defendant. | Proposed Date: December 17, 2015 at 4:00 P.M. |

The status hearing is currently scheduled for December 16, 2015. Due to scheduling conflicts, both parties are requesting that the above hearing be rescheduled to December 17, 2015 at 4:00 P.M.

The parties further stipulate that the time between December 16, 2015 and December 17, 2015 be excluded form the speedy trial clock.

….

….

Case No. CR-15-0103-CRB

1  DATED: December 15, 2015            Respectfully submitted,

2

3                                            By

4                                                 /s/
5                                            Erick L. Guzman
                                             Attorney for Miguel Torres-Macias
6

7

8                                                 /s/
                                             Scott Joiner
9                                            Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: December 15, 2015

2

**[~~PROPOSED~~ ORDER]**

The status hearing currently scheduled for December 16, 2015 is rescheduled for December 17, 2015 at 4:00 P.M.

IT IS FURTHER ORDERED that the time between December 17, 2015 and December 16, 2015 be excluded from the speedy trial clock.

**IT IS SO ORDERED.**

Dated: 12/16/2015

HON. CHARLES R. BREYER
United States District Judge