ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**MIGUEL TORRES-MACIAS**,<br><br>    Defendant. | CASE NO. CR-15-0103-CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING**<br><br>Current Date:  December 21, 2016 at 2:00 P.M.<br>Proposed Date: January 4, 2017 at 2:00 P.M. |

The sentencing hearing is currently scheduled for December 21, 2016. Due to various delays, the parties are requesting that the above hearing be rescheduled to January 4, 2016.

The parties further stipulate that the time between December 21 2016 and January 4, 2017 be excluded form the speedy trial clock.

….

….

….

1  DATED: December 16, 2016          Respectfully submitted,

2

3                                           By

4                                           ___/s/_____
5                                           Erick L. Guzman
                                            Attorney for Miguel Torres-Macias
6

7

8                                           _____/s/_____
                                            Scott Joiner
9                                           Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The change of sentencing hearing currently scheduled for December 21, 2016 is rescheduled for January 4, 2017.

IT IS FURTHER ORDERED that the time between December 21, 2016 and January 4, 2017 be excluded from the speedy trial clock.

**IT IS SO ORDERED.**

Dated: 12/19/2016

HON. CHARLES R. BREYER
United States District Judge